LIONEL Z. GLANCY (#134180)
ROBERT V. PRONGAY (#270796)
EX KANO S. SAMS II (#192936)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160
Email:       lglancy@glancylaw.com
             rprongay@glancylaw.com
             esams@glancylaw.com

Michael W. Stocker (#179083)
Jonathan Gardner (admitted *pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477

*Attorneys for Lead Plaintiffs*
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE FIREEYE, INC. SECURITIES LITIGATION | MASTER FILE NO: 5:14-CV-05204 (EJD) <br><br> CLASS ACTION <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF ACTION** |

STIPULATION AND [PROPOSED] ORDER
Case No. 5:14-cv-05204-EJD

347235.1 FIREEYE

WHEREAS, on November 14, 2016, the Court issued an Order Granting Defendants' Motion to Dismiss and Denying Plaintiffs' Motion to Strike as Moot ("Order");

WHEREAS, within the Order, the Court provided Lead Plaintiffs State-Boston Retirement System and Vijay Fadia ("Plaintiffs") 15 days to file an amended complaint;

WHEREAS, based upon the information presently available to Plaintiffs through their investigation, Plaintiffs have elected not to file an amended complaint and not to pursue an appeal related to the Court's Order;

WHEREAS, Plaintiffs and Defendants FireEye, Inc., David DeWalt, Kevin Mandia, and Michael Sheridan ("Defendants") (collectively the "Parties") agree that no award of attorneys' fees or costs shall be made to either of the Parties, and that no costs, sanctions, claims, or attorneys' fees arising in or from this action will be pursued by either of the Parties; and

WHEREAS, the Parties agree that, at all times relevant to this action, the Parties and their counsel complied with Rule 11 of the Federal Rules of Civil Procedure and all other rules and laws in connection with this action.

NOW THEREFORE, THE PARTIES HAVE STIPULATED THAT, subject to these terms, and the approval of the Court:

1. Plaintiffs' action, which was not certified as a class action, shall be dismissed with prejudice with respect to Plaintiffs' claims;

2. The Parties shall bear their own fees and costs; and

3. No costs, sanctions, claims, or attorneys' fees arising in or from this action will be pursued by either of the Parties.

| | | |
|---|---|---|
| 1 | Dated: November 30, 2016 | GLANCY PRONGAY & MURRAY LLP |
| 2 | | |
| 3 | | By: *s/ Ex Kano S. Sams II* |
| | | Lionel Z. Glancy |
| 4 | | Robert V. Prongay |
| | | Ex Kano S. Sams II |
| 5 | | 1925 Century Park East, Suite 2100 |
| | | Los Angeles, CA 90067 |
| 6 | | Telephone: (310) 201-9150 |
| 7 | | Facsimile:  (310) 201-9160 |
| 8 | | LABATON SUCHAROW LLP |
| | | Michael W. Stocker (#179083) |
| 9 | | Jonathan Gardner (admitted *pro hac vice*) |
| | | 140 Broadway |
| 10 | | New York, New York 10005 |
| | | Telephone: (212) 907-0700 |
| 11 | | Facsimile:  (212) 818-0477 |
| 12 | | |
| 13 | | *Attorneys for Lead Plaintiffs Vijay Fadia & State-Boston Retirement System* |
| 14 | | |
| 15 | Dated: November 30, 2016 | WILSON SONSINI GOODRICH & ROSATI |
| 16 | | |
| 17 | | By:  *s/ Boris Feldman* |
| | | Boris Feldman (#128838) |
| 18 | | Ignacio E. Salceda (#164017) |
| | | 650 Page Mill Road |
| 19 | | Palo Alto, CA 94304-1050 |
| | | Telephone: (650) 493-9300 |
| 20 | | Facsimile: (650) 565-5100 |
| 21 | | *Attorneys for Defendants FireEye, Inc.,* |
| 22 | | *David G. DeWalt, Michael J. Sheridan, Ashar Aziz, & Kevin Mandia* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1                              *       *       *

2
3                         [PROPOSED] ORDER

4        PURSUANT TO THE STIPULATION, IT IS SO ORDERED.
5
6    Dated: _____, 2016          _____
7                                          The Honorable Edward J. Davila
                                            United States District Judge
8

STIPULATION AND [PROPOSED] ORDER
Case No. 5:14-cv-05204-EJD

347235.1 FIREEYE

3

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On November 30, 2016, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of November, 2016, at Los Angeles, California.


                                        *s/ Ex Kano S. Sams II*
                                        Ex Kano S. Sams II

# Mailing Information for a Case 5:14-cv-05204-EJD "In re FireEye, Inc. Securities Litigation"

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Boris Feldman**
  boris.feldman@wsgr.com

- **Jonathan Gardner**
  jgardner@labaton.com,cvillegas@labaton.com,lmehringer@labaton.com,acoquin@labaton.com,fmalonzo@labaton.com,acarpio@labaton.com,agreenbaum@labaton.com

- **Doru Gavril**
  dgavril@wsgr.com

- **John T Jasnoch**
  jjasnoch@scott-scott.com,rmcgraw@scott-scott.com,efile@scott-scott.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Marisa C. Livesay**
  livesay@whafh.com,boyles@whafh.com

- **Angelina Nguyen**
  anguyen@labaton.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com,bmurray@glancylaw.com

- **Rachele R. Rickert**
  rickert@whafh.com,tuazon@whafh.com,cabrera@whafh.com,boyles@whafh.com,loritsch@whafh.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net

- **Ignacio Evaristo Salceda**
  isalceda@wsgr.com,rlustan@wsgr.com,pmarquez@wsgr.com

- **Ex Kano S. Sams , II**
  esams@glancylaw.com

- **Shimon Yiftach**
  shimon@yiftachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)