1  LIONEL Z. GLANCY (#134180)
   ROBERT V. PRONGAY (#270796)
2  EX KANO S. SAMS II (#192936)
   GLANCY PRONGAY & MURRAY LLP
3  1925 Century Park East, Suite 2100
4  Los Angeles, California 90067
   Telephone: (310) 201-9150
5  Facsimile: (310) 201-9160
   Email: *lglancy@glancylaw.com*
6         *rprongay@glancylaw.com*
7         *esams@glancylaw.com*

8  Michael W. Stocker (#179083)
   Jonathan Gardner (admitted *pro hac vice*)
9  LABATON SUCHAROW LLP
   140 Broadway
10 New York, New York 10005
   Telephone: (212) 907-0700
11 Facsimile: (212) 818-0477

12 *Attorneys for Lead Plaintiffs*
13 [Additional Counsel on Signature Page]

14 **UNITED STATES DISTRICT COURT**

15 **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| IN RE FIREEYE, INC. SECURITIES LITIGATION | MASTER FILE NO: 5:14-CV-05204 (EJD) |
|---|---|
| | CLASS ACTION |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF ACTION** |

---

STIPULATION AND [PROPOSED] ORDER
Case No. 5:14-cv-05204-EJD

347235.1 FIREEYE

WHEREAS, on November 14, 2016, the Court issued an Order Granting Defendants' Motion to Dismiss and Denying Plaintiffs' Motion to Strike as Moot ("Order");

WHEREAS, within the Order, the Court provided Lead Plaintiffs State-Boston Retirement System and Vijay Fadia ("Plaintiffs") 15 days to file an amended complaint;

WHEREAS, based upon the information presently available to Plaintiffs through their investigation, Plaintiffs have elected not to file an amended complaint and not to pursue an appeal related to the Court's Order;

WHEREAS, Plaintiffs and Defendants FireEye, Inc., David DeWalt, Kevin Mandia, and Michael Sheridan ("Defendants") (collectively the "Parties") agree that no award of attorneys' fees or costs shall be made to either of the Parties, and that no costs, sanctions, claims, or attorneys' fees arising in or from this action will be pursued by either of the Parties; and

WHEREAS, the Parties agree that, at all times relevant to this action, the Parties and their counsel complied with Rule 11 of the Federal Rules of Civil Procedure and all other rules and laws in connection with this action.

NOW THEREFORE, THE PARTIES HAVE STIPULATED THAT, subject to these terms, and the approval of the Court:

1. Plaintiffs' action, which was not certified as a class action, shall be dismissed with prejudice with respect to Plaintiffs' claims;

2. The Parties shall bear their own fees and costs; and

3. No costs, sanctions, claims, or attorneys' fees arising in or from this action will be pursued by either of the Parties.

| | | |
|---|---|---|
| 1 | Dated: November 30, 2016 | GLANCY PRONGAY & MURRAY LLP |
| 2 | | |
| 3 | | By: *s/ Ex Kano S. Sams II* |
| | | Lionel Z. Glancy |
| 4 | | Robert V. Prongay |
| | | Ex Kano S. Sams II |
| 5 | | 1925 Century Park East, Suite 2100 |
| | | Los Angeles, CA 90067 |
| 6 | | Telephone: (310) 201-9150 |
| 7 | | Facsimile: (310) 201-9160 |
| 8 | | LABATON SUCHAROW LLP |
| | | Michael W. Stocker (#179083) |
| 9 | | Jonathan Gardner (admitted *pro hac vice*) |
| | | 140 Broadway |
| 10 | | New York, New York 10005 |
| 11 | | Telephone: (212) 907-0700 |
| | | Facsimile: (212) 818-0477 |
| 12 | | |
| 13 | | *Attorneys for Lead Plaintiffs Vijay Fadia & State-Boston Retirement System* |
| 14 | | |
| 15 | Dated: November 30, 2016 | WILSON SONSINI GOODRICH & ROSATI |
| 16 | | |
| 17 | | By: *s/ Boris Feldman* |
| | | Boris Feldman (#128838) |
| 18 | | Ignacio E. Salceda (#164017) |
| | | 650 Page Mill Road |
| 19 | | Palo Alto, CA 94304-1050 |
| | | Telephone: (650) 493-9300 |
| 20 | | Facsimile: (650) 565-5100 |
| 21 | | |
| | | *Attorneys for Defendants FireEye, Inc.,* |
| 22 | | *David G. DeWalt, Michael J. Sheridan, Ashar Aziz, & Kevin Mandia* |

| | |
|---|---|
| 1 | * * * |
| 2 | |
| 3 | [PROPOSED] ORDER |
| 4 | PURSUANT TO THE STIPULATION, IT IS SO ORDERED. |

Dated: ___12/1___, 2016        _____
                               The Honorable Edward J. Davila
                               United States District Judge